**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

**IN RE:**                                                                                       Case No. _____

**Furniture Marketing Direct, LLC**                                                Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 1, 2017**           Signature: ***/s/ J. Scott Holliday***
                                                      **J. Scott Holliday, CEO**                                                  Debtor

Date: _____        Signature: _____
                                                                                                                              Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | Debtor's name | **Furniture Marketing Direct, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **Heart Liquidators<br>Mattress Heroes USA<br>Overstock Mattress & Beds<br>Overstock Mattress Wholsalers** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-5323693<br>47-4835456** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **6438 Dawson Blvd<br>Ste D<br>Norcross, GA 30093-1132**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Gwinnett**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**6438 Dawson Blvd Ste D Norcross, GA 30093-1132**<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | _____ |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Furniture Marketing Direct, LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Furniture Marketing Direct, LLC** _____  Case number (*if known*) _____
  Name

| 11. | **Why is the case filed in** *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Furniture Marketing Direct, LLC**                                    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  1, 2017**
              MM / DD / YYYY

X **/s/ J. Scott Holliday**                          **J. Scott Holliday**
Signature of authorized representative of debtor     Printed name

Title   **CEO**

**18. Signature of attorney**

X **/s/ Edward F. Danowitz**                         Date **September  1, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Edward F. Danowitz**
Printed name

**Danowitz Legal, PC**
Firm name

**300 Galleria Pkwy SE Ste 960**
**Atlanta, GA 30339-5949**
Number, Street, City, State & ZIP Code

Contact phone _____      Email address  **edanowitz@danowitzlegal.com**

**003180**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Furniture Marketing Direct, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Advance Benefit Solutions<br>3675 Crestwood Pkwy NW Ste 120<br>Duluth, GA 30096-5045 | | | | | | $32,045.62 |
| Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT | **Capital One Bank** | | **Unliquidated** | | | $15,347.46 |
| Capital One Bank<br>P.O. Box 71085<br>Charlotte, NC 28272-1083 | **Capital One Bank** | | | | | $9,248.95 |
| CIT Group<br>134 Wooding Ave<br>Danville, VA 24541-3763 | | | **Unliquidated** | | | $2,437.00 |
| Dawson Blvd. LLC<br>6438 Dawson Blvd Ste D<br>Norcross, GA 30093-1132 | | | **Unliquidated** | | | $20,000.00 |
| E.W. Associates<br>c/o Schreeder, Wheeler & Flint<br>1100 Peachtree St NE Ste 800<br>Atlanta, GA 30309-4516 | | | | | | $27,437.40 |
| ECHO Freight<br>c/o Euler Holmes, Esq.<br>800 Red Brook Blvd # 400C<br>Owings Mills, MD 21117-5173 | | | **Disputed** | | | $21,949.21 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Furniture Marketing Direct, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Enterprise Truck Lease**<br>Global Receivable Portfolio Solutions<br>3091 Governors Lake Dr Ste 500<br>Peachtree Corners, GA 30071-1135 | | | Disputed | | | $10,428.37 |
| **Garrett Holliday**<br>499 8th St NE<br>Atlanta, GA 30308-1780 | | | | | | $5,900.00 |
| **Hailey Realty**<br>3715 Northside Pkwy NW Bldg 400-350<br>Atlanta, GA 30327-2855 | | | Unliquidated | | | $20,000.00 |
| **Holly Johnson**<br>7310 Cherry Bluff Dr<br>Atlanta, GA 30350 | | | | | | $9,600.00 |
| **J. Scott Holliday**<br>7130 Cherry Bluff Dr<br>Atlanta, GA 30350-1030 | | | | | | $11,000.00 |
| **James Woodruff**<br>2060 Tudor Dr<br>McDonough, GA 30253-8606 | | | | | | $4,800.00 |
| **Mantua Mfg Co.**<br>7900 Northfield Rd<br>Walton Hills, OH 44146-5525 | | | Unliquidated | | | $4,132.75 |
| **Silver Products**<br>PO Box 12904<br>El Paso, TX 79913-0904 | | | Unliquidated | | | $5,947.50 |
| **Six Four Three Eight Dawson Blvd LLC**<br>c/o Shreeder, Wheeler & Flint, LLP<br>1100 Peachtree St NE Ste 800<br>Atlanta, GA 30309-4516 | | | | | | $18,421.00 |

Debtor **Furniture Marketing Direct, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Solutions** c/o Rapid Advance Financial Services 4500 E West Hwy Fl 6 Bethesda, MD 20814-3327 | | | **Disputed** | | | $22,919.00 |
| **Wells Fargo Card Service** PO Box 77053 Minneapolis, MN 55480-7753 | | | | | | $4,978.21 |
| **Werner Enterprises** 14507 Frontier Rd Omaha, NE 68138-3808 | | | **Unliquidated** | | | $14,025.00 |
| **Yellowstone Capital, LLC** c/o Renata Bukhman, Esq. 17 State St Ste 400 New York, NY 10004-1551 | (646) 774-3308 | | **Unliquidated** | $39,342.95 | $0.00 | $39,342.95 |